**Opinion issued September 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00117-CR

———————————

**KENNEDY KENECHUKWU OGUCHI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Case No. 17-CCR-194938**

---

## MEMORANDUM OPINION

Appellant is attempting to appeal from his conviction for the misdemeanor offense of possession of a controlled substance. The State filed a motion to dismiss this appeal for lack of jurisdiction, asserting that the notice of appeal was not timely filed. Appellant did not respond to this motion. We dismiss.

In a criminal case, the notice of appeal must be filed within thirty days after sentence is imposed if no timely motion for new trial is filed. *See* TEX. R. APP. P. 26.2(a)(1). If a timely motion for new trial is filed, the notice of appeal must be filed within ninety days after the sentence is imposed. *See* TEX. R. APP. P. 26.2((a)(2). A motion for new trial is due within thirty days after the trial court imposes sentence. *See* TEX. R. APP. P. 21.4(a).

The sentence in this case was imposed on October 5, 2018. A motion for new trial was timely filed on November 5, 2018. Because appellant filed a timely motion for new trial, the deadline for filing the notice of appeal was extended to ninety days after the sentence was imposed, or until January 3, 2019. The notice of appeal was not filed until February 5, 2019.

Because the notice of appeal was not timely filed, this Court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 209 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996). Accordingly, we grant the State's motion.

We dismiss this appeal for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.
Do not publish.  TEX. R. APP. P. 47.2(b).